```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                              :
ANDREY ISAEV,                                 :
                                              :
                Plaintiff,                    :
                                              :        23-cv-07323 (LJL)
        -v-                                   :
                                              :        ORDER
GARY TATINTSIAN GALLERY, INC. and GARRI       :
TATINTSIAN,                                   :
                                              :
                Defendant(s).                 :
                                              X
---------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

      The complaint in this case was filed on August 17, 2023. Dkt. No. 1. On December 4, 2023, the Court provided notice of the initial pretrial conference scheduled for December 20, 2023. Dkt. No. 9. No counsel appeared for the initial pretrial conference. Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the Court on its own after notice to the plaintiff must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). No proof of service on defendants has yet been filed.

      The Court gives notice that if proof of service is not made to the Court on or before January 3, 2024, the Court will dismiss the action without prejudice. Plaintiff shall either file proof of service by that date or, by that date, show cause why the complaint should not be dismissed with prejudice.

      SO ORDERED.

Dated: December 20, 2023
      New York, New York

                                                             LEWIS J. LIMAN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2023