**LYDECKER**
200 Broadhollow Road, Suite 207
Melville, NY 11747
Telephone No.: (631) 260-1110
File No: 51173
*Attorneys for Plaintiff, Andrey Isaev*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ANDREY ISAEV,

                              Plaintiff,

      -against-

GARY TATINTSIAN GALLERY, INC. and
GARRI TATINTSIAN,

                             Defendants.
------------------------------------------------------------------------X

Civil Action

Case No. 1:23-cv-07323

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that whearas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: February 7, 2024
       Melville, New York

                                                **LYDECKER**

                                                */s/ Michael I. Goldman*
                                                **Michael I. Goldman, Esq.**
                                                200 Broadhollow Road, Suite 207
                                                Melville, NY 11747
                                                Telephone No.: (631) 260-1110
                                                File No: 551173
                                                *Attorneys for Plaintiff, Andrey Isaev*